UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET SINGH,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                    Respondents. | Case No.:  26-cv-1970-JO-BJW<br><br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

For the reasons stated at Dkt. 11, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1.  **Release:** Respondents are ORDERED to release Petitioner by 5 p.m. on April 9, 2026.  Respondents must file a declaration confirming Petitioner's release by 5 p.m. on the following business day.

2.  **Limitations on Removal and Redetention**: Respondents are ENJOINED from removing Petitioner from the United States or from this District, or from redetaining him, unless (1) the Ninth Circuit has lifted its stay of Petitioner's removal and (2) the government has made concrete arrangements for Petitioner's flight to his country of origin in the reasonably foreseeable future.  Respondents

1

shall file a written declaration with this Court **at least 48 hours prior** to any redetention, confirming that they have satisfied the requirements above.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-1970-JO-BJW